## MARLER v. JOHNSON.

No. 13933—Opinion Filed Dec. 9, 1924.

Commissioners' Opinion, Division No. 3.

Error from District Court, Okmulgee County; H. R. Christopher, Judge.

Action between W. P. Marler and T. J. Johnson. From the judgment, the former appeals. Reversed and remanded.

Hummer & Foster (G. L. Bynum, of counsel), for plaintiff in error.

Opinion by RUTH, C. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded

for new trial for failure of defendant in error to comply with rule 7 of this court.

By the Court: It is so ordered.